# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
———————————————

Case No. 5D23-1304
LT Case Nos. 2019-CF-1030
2022-CF-1843
———————————————

MICHAEL RYAN GALLOWAY,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

September 5, 2023


PER CURIAM.

   AFFIRMED.

LAMBERT, HARRIS,  and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---